No. 82–152.   HALL *v.* MARYLAND.   Ct. Sp. App. Md. Certiorari denied.

No. 82–187.   LUJAN *v.* UNITED STATES DEPARTMENT OF THE INTERIOR ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 82–204.   ORDERS ET AL. *v.* STOTTS ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 82–222.   1616 REMINC LIMITED PARTNERSHIP *v.* UNITED STATES ELEVATOR CORP.   C. A. 4th Cir.   Certiorari denied.

No. 82–237.   MONTANA EX REL. INTAKE WATER CO. *v.* BOARD OF NATURAL RESOURCES AND CONSERVATION OF MONTANA ET AL.   Sup. Ct. Mont.   Certiorari denied.

No. 82–254.   HOSPITALITY MOTOR INN, INC. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 6th Cir.   Certiorari denied.

No. 82–274.   PENNSYLVANIA ET AL. *v.* DELAWARE VALLEY CITIZENS' COUNCIL FOR CLEAN AIR ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 82–310.   SKIPPY, INC. *v.* CPC INTERNATIONAL, INC. C. A. 4th Cir.   Certiorari denied.

No. 82–316.   COSTANTINI, DBA UNITED TRAVEL SERVICE ET AL. *v.* CIVIL AERONAUTICS BOARD.   C. A. 9th Cir.   Certiorari denied.

No. 82–350.   DARVILLE ET AL. *v.* TEXACO, INC., ET AL. C. A. 5th Cir.   Certiorari denied.

No. 82–359.   INUPIAT COMMUNITY OF THE ARCTIC SLOPE *v.* UNITED STATES.   Ct. Cl.   Certiorari denied.